FILED
IN CLERKS OFFICE
2003 DEC 23 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL T. AQUINO )
    Plaintiff )
  )
vs. ) Civil Action No. 03-40286-NMG
  )
ACE FIRE UNDERWRITERS )
INSURANCE COMPANY )
    Defendant )

## DEMAND FOR JURY TRIAL OF ALL ISSUES

The Plaintiff in the above action demands a trial by jury of all issues.

Dated December 22, 2003      _____
                                                Attorney for Plaintiff
                                                John F. Keenan, Esq.
                                                390 Main Street, Suite 1000
                                                Worcester, MA 01608
                                                (508) 791-8181
                                                BBO#264000

## CERTIFICATE OF SERVICE

I, John F. Keenan, hereby certify that I have this 22nd day of December, 2003, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to Maynard M. Kirpalani, Esq., Geoffrey M. Coan, Esq., 155 Federal Street, Boston, MA 02110.

_____
John F. Keenan