EXHIBIT C

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE

*Carol A Haley*

Clerk-Magistrate District Court Dept.
Clinton Division

Case 4:03-cv-40286-FDS   Document 4-2   Filed 12/29/2003   Page 1 of 16



**Adjustment Company**

P.O. Box 41486 Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*  (225) 293-2492    FAX (225) 291-3968

March 26, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA 01608-2575

Fax No: 508-792-0832

Re:   Claim No: ACET-J-20-09008
      Insured: March Taxi
      Claimant: Paul Aquino
      D/L: 7-12-00

Dear Mr. Keenan:

We have a $100,000 CSL limit of coverage provided to the named insured, March Taxi. We previously paid property damage to your client totalling $4,144.48. We have $95,855.52 remaining on the policy limit which we offer in full and final settlement of all claims.

Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS [...] THIS OFFICE

Carol A. Haley

Clerk-Magistrate District Court Dept.
Clinton Division

EXHIBIT D

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS ON FILE IN THIS OFFICE

*Carol H. Hulet*

Clerk Magistrate District Court Dept.
Clinton Division

**Pacesetter Adjustment Company**

*Claim Managers and Administrators*

P.O. Box 41186 Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

(225) 293-2492         FAX (225) 291-3968

April 9, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA 01608

Fax No: 508-792-0832

Re:  Claim No: ACET-J-20-09008
     Insured: March Taxi
     Claimant: Paul Aquino
     D/L: 7-12-00

Dear Mr. Keenan:

We are currently awaiting word from the excess carrier General Star Insurance Company. As we have previously indicated, we have $95,855.52 remaining on the policy limit which we offer in partial satisfaction of the judgement in this case. We request that you allow us to pay this partial satisfaction and within the next 15 days or so we should have word from General Star.

Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS ON FILE IN THIS OFFICE

*Carol A. Haley*

Clerk-Magistrate District Court Dept.
Clinton Division

Baton Rouge • Los Angeles • New York

EXHIBIT E

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE
*Carol A. Haley*
Clerk-Magistrate District Court Dept.
Canton Division



**Adjustment Company**

P.O. Box 4118, Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*          (225) 293-2492          FAX (225) 291-3968

April 21, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA 01608

Fax No: 508-792-0832

Re:  Claim No: ACET-J-20-09008
     Insured: March Taxi
     Claimant: Paul Aquino
     D/L: 7-12-00

Dear Mr. Keenan:

We have again checked the coverage for the Insured, March Taxi and find that this is a $100,000 combined single limit liability policy. There is no separate coverage for property damage liability in this case.

We would like to try and get this matter settled if at all possible. If we could get $140,000 would that be acceptable to your client in full settlement of this claim? Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE

*Carol A. Haley*

Clerk Magistrate District Court Dept.

MASSACHUSETTS TRIAL COURT
DISTRICT COURT DEPARTMENT

Clinton Division

PAUL T. AQUINO
Plaintiff

No. 0368CV0566

vs.

ACE FIRE UNDERWRITERS
INSURANCE COMPANY
Defendant

STATEMENT OF DAMAGES

[X] Plaintiff  [ ] Defendant  [ ] Other (Specify)_____

in the above-captioned action, hereby asserts that the money damages sought by means of the [X] complaint [ ] crossclaim [ ] counterclaim to which this statement of damages is attached, amount to Four Hundred Twenty-Five Thousand ($425,000.00) Dollars.

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS ON FILE IN THIS OFFICE
Carol A. Haley
Clerk-Magistrate District Court Dept.
Clinton Division

Signed: _____
Attorney (or party, if pro se)

Date: November 5, 2003

Form DCM-39

FILED
NOV 6 2003
ATTEST: _____
CLERK MAGISTRATE
CLINTON DISTRICT COURT

*Wolfson, Keenan, Cotton & Meagher*
*Attorneys at Law*

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN
INDEPENDENT PRACTITIONER WHO IS NOT
RESPONSIBLE FOR THE PRACTICE OR THE
LIABILITY OF ANY OTHER ATTORNEY IN
THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

November 5, 2003

Clerk's Office - Civil
Clinton District Court
Routes 62 & 70
Clinton, MA    01510

Re:     Paul T. Aquino
Vs.     Ace Fire Underwriters Insurance Company

Dear Sir/Madam:

Enclosed for filing please find the following:

1.   Complaint
2.   Entry fee of $195.00
3.   Statement of Damages
4.   Uniform Counsel Certification for Civil Cases
5.   Plaintiff's Claim of Right to Jury Trial in Superior Court.

Please furnish me with the docket number of this action by stamping the same on the enclosed copy of this letter and returning it in the envelope provided.

Very truly yours,

JOHN F. KEENAN

JFK:nk
Enclosures

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE

Carol A Haley

District Court Dept.
Division



# Commonwealth Of Massachusetts
## The Trial Court

### CLINTON DIVISION

Worcester, ss

_____PAUL T. AQUINO_____, Plaintiff

vs.
_ACE FIRE UNDERWRITERS_
_INSURANCE COMPANY_            Civil Action No. _0368CV0566_
_____, Defendant

**UNIFORM COUNSEL CERTIFICATION FOR CIVIL CASES**

I am attorney-of-record for ____Paul T. Aquino____, plaintiff in the above entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: "...Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent...," I hereby certify that I have complied with this requirement.

_[signature]_ Paul A. Haley
Clerk-Magistrate District Court Dept.
Clinton Division

_[signature]_
JOHN F. KEENAN
Attorney for Plaintiff

FILED
NOV 6
CLERK MAGISTRATE
CLINTON DISTRICT COURT

③

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                          DISTRICT COURT DEPARTMENT
                                        CLINTON DIVISION
                                        CIVIL ACTION 0368CV0566

PAUL T. AQUINO

VS.

ACE FIRE UNDERWRITERS              PLAINTIFF'S CLAIM OF
INSURANCE COMPANY                  RIGHT TO JURY TRIAL
                                   IN SUPERIOR COURT

    Now comes the Plaintiff    Paul T. Aquino

and preserves (his) ~~(her)xx(its)~~ right to a jury trial in

Superior Court in accordance with the provision of Massa-

chusetts General Laws Chapter 231, Section 103, as amended.

                          By   his attorney,

                          _____
                          JOHN F. KEENAN
                          390 Main Street
                          Worcester, MA 01608
                          (508) 791-8181
                          BBO#264000
                          Dated:  November 5, 2003



CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE

Carol A Haley
_____
Clerk-Magistrate District Court Dept.
Clinton Division

FILED
NOV 6 2003
ATTEST: _____
CLERK MAGISTRATE
CLINTON DISTRICT COURT

# Trial Court of Massachusetts
## DISTRICT COURT DEPARTMENT
## CLINTON DIVISION

FILED
NOV 25 2003

WORCESTER, ss

PAUL T. AQUINO

VS.

ACE FIRE UNDERWRITERS
INSURANCE COMPANY

Civil Action No. 0368CV0566

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME APPEARS IN THIS OFFICE

Carol A Haley
District Court Dept, PA
Clinton Division

### SUMMONS
(Rule 4)

To defendant/ Ace Fire Underwriters Insurance Company (name) of 1601 Chestnut St. Philadelphia, PA 19101 (address)

You are hereby summoned and required to serve upon John F. Keenan, Esq., plaintiff('s attorney), whose address is 390 Main St., Worcester, MA 01608, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS ___ Martha S. Brennan ___, Presiding Justice, on November 13, 2003
(date)

(SEAL)

Clerk-Magistrate

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On November 17, 2003 (date of service), I served a copy of the within summons, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

by mailing by Certified Mail to the within named defendant at accordance with...

(signature) for Plaintiff
KEENAN, Attorney for
(name and title)
Street
(address)
, MA 01608

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ace Fire Underwriters Ins. Co.
1601 Chestnut Street
Philadelphia, PA 19101-1484

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Jerome Burton   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Jerome Burton
C. Date of Delivery: 11/17/03
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 1680 0004 8186 5634

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Uniform Form DCM-21
AR4-76

# Commonwealth of Massachusetts

DISTRICT COURT DEPARTMENT
CLINTON DIVISION

Worcester                    , ss

PAUL T. AQUINO

VS.

ACE FIRE UNDERWRITERS
INSURANCE COMPANY

Civil Action No. 0368CV0566

### REQUEST FOR DEFAULT
(Rule 55 (a))

I, John F. Keenan                               , attorney for the above-named plaintiff(s)
Paul T. Aquino                                  , state that the complaint in this action was filed
on November 6, 2003 (date) and the summons and a copy of the complaint were served on defendant(s)
Ace Fire Underwriters Insurance/Company on November 17, 2003 (date), as appears from the officer's return of service/ and that the defendant(s) herein has (have) failed to serve a responsive pleading or to otherwise defend as provided by rule.

Therefore, I request that default be entered against defendant(s) Ace Fire Underwriters/Insurance Company in this action.

Signed under the penalties of perjury.

_____
(signature)
JOHN F. KEENAN
(name)
390 Main Street
(address)
Worcester, MA 01608

December 9, 2003
(date)

Telephone (508) 791-8181

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS ON FILE IN THIS OFFICE

Carol A. Haley
Clerk-Magistrate District Court Dept.
Clinton Division

FILED
DEC 10 2003
ATTEST: _____
CLERK MAGISTRATE
CLINTON DISTRICT COURT

This form prescribed by the Chief Justice of the District Courts

COMMONWEALTH OF MASSACHUSETTS
DISTRICT COURT DEPARTMENT
CLINTON DIVISION

**WORCESTER, ss**

PAUL T. AQUINO

vs

ACE FIRE UNDERWRITERS INSURANCE CO.

Civil Action No. 0366CV0566

ENTRY OF DEFAULT
(Rule 55(a))

It having been made to appear to the Clerk that ACE FIRE UNDERWRITERS INSURANCE COMPANY, defendant herein, has failed to plead or otherwise defend as provided by the Dist./Mun.Cts.R.Civ.P., entry of default against said defendant is hereby made pursuant to Rule 55(a).

_____
(~~Assistant~~) Clerk

12-12-03
(Date)

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS IN THIS OFFICE

Carol A. Haley

Clerk Magistrate District Court Dept.
Clinton Division

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                         DISTRICT COURT DEPARTMENT
                                                       CLINTON DIVISION
                                                       CIVIL ACTION NO.: 0368CV0566

PAUL T. AQUINO,

    Plaintiff,

v.

ACE FIRE UNDERWRITERS INSURANCE COMPANY,

    Defendant.

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME APPEARS ON FILE IN THIS OFFICE

_____
Clerk-Magistrate District Court Dept.
Clinton Division

## NOTICE OF CASE HAVING BEEN REMOVED

### TO THE HONORABLE JUSTICE AND CLERK OF THIS COURT:

Ace Fire Underwriters Insurance Company, the named defendant in this action, files this Notice of Case Having Been Removed. Attached hereto is a true and correct copy of the Notice of Removal filed in the United States District Court for the District of Massachusetts, the filing of which effected the removal of this action.



FILED
DEC 16 2003
CLERK MAGISTRATE
CLINTON DISTRICT COURT

Respectfully Submitted,
Ace Fire Underwriters Insurance Company,
By its attorneys,

_____
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

21535.1

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 16th day of December, 2003, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

John F. Keenan, Esquire
390 Main Street
Worcester, MA 01608

*[signature]*
Geoffrey M. Coan

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME APPEARS ON FILE IN THIS OFFICE**

*Carol A. Haley*

Clerk-Magistrate District Court Dept.
Clinton Division

21535.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

**Geoffrey M. Coan**
Writer's Ext.: 5408
CoanG@wemed.com

December 16, 2003

**BY COURIER**

Civil Clerk's Office
District Court Department
Clinton Division
Routes 62 & 70
300 Boylston St.
Clinton, MA  01510

Re: Paul T. Aquino v. Ace Fire Underwriters Insurance Company

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter, please find the Notice of Case Having Been Removed.

Please contact me if you have any questions.

Very truly yours,

Geoffrey M. Coan

GMC
Enclosures
cc:   John F. Keenan, Esq. (Notice of Case Having Been Removed w/o Notice of Removal)

21541.4