UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAUL T. AQUINO | ) | |
| | ) | |
| VS. | ) | C.A.No. 03-40285-FDS |
| | ) | |
| ACE FIRE UNDERWRITERS INSURANCE | ) | |
| COMPANY | ) | |

| | | |
|---|---|---|
| PAUL T. AQUINO | ) | |
| | ) | |
| VS. | ) | C.A.No. 03-40286-FDS |
| | ) | |
| PACESETTER ADJUSTMENT COMPANY | ) | |

## PROPOSED JOINT PRETRIAL SCHEDULE

1.  Joint Discovery Plan

|                     | Automatic document production has been made (LR 26.2(A)). |
|---------------------|-----------------------------------------------------------|
| September 1, 2004   | Commence additional discovery requests and deposition notices (LR 26.2(A)). |
| March 1, 2005       | All fact discovery including non-expert depositions must be completed. |
| April 15, 2005      | Plaintiff to identify experts and to serve expert reports, if any. |
| April 29, 2005      | Defendant to identify experts and to serve expert reports, if any. |
| May 15, 2005        | Each party to identify rebuttal experts and serve rebuttal reports (Fed. R. Civ. P. 26(a)(2)(C)). |

July 1, 2005          All expert discovery must be completed.

August 1, 2005        Each party to serve Pretrial Memorandum

                      (LR 16.5(D)) and objections to expert

                      witnesses (LR 26.4(B)).

September 1, 2005     Final Pretrial Conference.

2.   Motion Schedule

     Except for good cause shown:

     (i)   no new parties may be joined after March 1, 2005.

     (ii)  no additional cause(s) of action or defense(s) may
be asserted after March 1, 2005.

     (iii)  dispositive motions should be filed by April 1,
2005.

3.   Miscellaneous

     (i)   The parties are amenable to reference to the Court's
     mediation program.

     (ii)  Pursuant to Local Rule 16.1(C), Plaintiff has
     presented to Defendant a written settlement proposal
     on August 17, 2004.

     (iii)  The parties have agreed, subject to the approval of the
     Court, that no more than 30 interrogatories in each case are
     to be filed during the discovery period.

                         Attorney for Plaintiff
                         Paul T. Aquino


                         JOHN F. KEENAN (BBO#264000)
                         390 Main Street
                         Worcester, MA 01608
                         (508) 791-8181

                              -2-

Attorneys for Defendants
Ace Fire Underwriters Insurance Company
Pacesetter Adjustment Company

_____
MAYNARD M. KIRPALANI (BBO#273940)
GEOFFREY M. COAN (BBO#641998)
Wilson Elser Moskowitz Edelman &
Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

Dated:    August 20, 2004