UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Filed in open
Court 8/27/04

PAUL T. AQUINO,
        Plaintiff,

v.

ACE FIRE UNDERWRITERS INSURANCE COMPANY,
        Defendant.

CIVIL ACTION NO. 03-40286-NMG

## CERTIFICATION OF DEFENDANT, ACE FIRE UNDERWRITERS INSURANCE COMPANY, PURSUANT TO L.R. 16.1(D)(3)

Defendant, Pacesetter Adjustment Company, and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

    (b)    to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

ACE Fire Underwriters
Insurance Company,

_____
Paul E. Pearson, Agent
ACE Fire Underwriters Ins. Co.
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809
(225) 293-2492

Respectfully submitted,

Attorneys for ACE Fire Underwriters
Insurance Company,

_____
Maynard M. Kirpalani (BBO #273940)
Geoffrey M. Coan (BBO #641998)
Wilson, Elser, Moskowitz, Edelman &
155 Federal St., 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: August 23, 2004

28927.1

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 27th day of August 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

John F. Keenan, Esquire
390 Main Street
Worcester, MA 01608

_____
Geoffrey M. Coan