UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO )<br>)<br>VS. )  C.A.No. 03-40285-FDS<br>)<br>PACESETTER ADJUSTMENT COMPANY ) | |

| | |
|---|---|
| PAUL T. AQUINO )<br>)<br>VS. )  C.A.No. 03-40286-FDS<br>)<br>ACE FIRE UNDERWRITERS )<br>INSURANCE COMPANY ) | |

### CERTIFICATION BY PLAINTIFF PAUL T. AQUINO

Plaintiff Paul T. Aquino and his counsel hereby certify to this Court that the plaintiff and his counsel have conferred:

(a)  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)  to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
Paul T. Aquino

_____
Paul T. Aquino
15 Woodman Road
Worcester, MA 01602

Respectfully submitted
Attorney for Plaintiff
Paul T. Aquino

_____
John F. Keenan (BBO#264000)
390 Main Street
Worcester, MA 01608
(508) 791-8181

Dated: September 3, 2004

CERTIFICATE OF SERVICE

I, John F. Keenan, hereby certify that I have this 8th day of September, 2004, served a copy of the foregoing upon all parties of record by mailing same, postage prepaid, to Maynard M. Kirpalani, Esq. and Geoffrey M. Coan, Esq., Wilson Elser Moskowitz Edelman & Dicker LLP, 155 Federal Street, 5th Floor, Boston, MA 02110.

John F. Keenan