UNITED STATES DISTRICT COURT FILED
FOR THE                    IS CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2004 DEC -6  P 1: 25

PAUL T. AQUINO,        Plaintiff

VS.                                    US. DISTRICT COURT
                                       DISTRICT OF MASS.

ACE FIRE UNDERWRITERS          CIVIL ACTION NO. 03-40286-FDS
INSURANCE COMPANY,  Defendant

## NOTICE OF APPEARANCE

**TO CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for Paul T. Aquino, Plaintiff, in the above-entitled case.

_Douglas Q. Meystre_

Douglas Q. Meystre, Esquire
BBO #344740
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
508-798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre, hereby certify that on December 3, 2004, I served the Notice of Appearance upon the defendant by mailing a copy of same via first class mail, postage prepaid, to:

Maynard M. Kirpalani, Esq.          John F. Keenan, Esq.
Wilson, Elser, Moskowitz,           Wolfson, Keenan, Cotton & Meagher
Edelman & Dicker, LLP               390 Main St., Suite 1000
155 Federal St.                     Worcester, MA 01608
Boston, MA 02110

_Douglas Q. Meystre_

Douglas Q. Meystre

G:\D\DQM\Aquino, Paul\Notices of Appearance.doc